IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAUDE E. NICHOLS,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | **8:13CV135**<br><br>**ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Patrick M. Flood and the firm of Hotz, Weaver, Flood, Breitkreutz & Grant as counsel for Plaintiff, Claude E. Nichols, (filing no. 21), is granted.

September 24, 2013.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge