IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAUDE E. NICHOLS,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | 8:13CV00135<br><br>JOINT MOTION AND<br>STIPULATION<br>FOR DISMISSAL |

The Parties, by and through their respective Counsel, hereby move and stipulate that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

                                                CLAUDE E. NICHOLS, Plaintiff

                                                By:  s/ Daniel G. Dolan
                                                DANIEL G. DOLAN, #11038
                                                7809 Fairway Drive
                                                Omaha, NE  68152
                                                Ph:  (402) 571-5900
                                                Fax: (402) 571-4902
                                                Email: dolanlaw@hotmail.com

UNITED STATES OF AMERICA,
Defendant

DEBORAH R. GILG
United States Attorney
District of Nebraska


By: s/ Lynnett M. Wagner
    LYNNETT M. WAGNER, #21606
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, NE 68102-1506
    Ph: (402) 661-3700
    Fax: (402) 661-3081
    Email: lynnett.m.wagner@usdoj.gov