IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLAUDE E. NICHOLS, | ) | |
| Plaintiff, | ) | 8:13CV135 |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | **JUDGMENT** |
| Defendant. | ) | |

Pursuant to the parties' Joint Motion and Stipulation for Dismissal (Filing 38) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED this 1st day of July, 2014.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge